IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DONALD KERNS**  PLAINTIFF
Reg # 27082-45

v.   Case No. 2:18-cv-00086-KGB-JTR

**BUREAU OF PRISONS,** *et al.*   DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Donald Kerns's complaint and amended complaint are dismissed with prejudice (Dkt. Nos. 1, 9). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 16th day of August, 2021.

_____
Kristine G. Baker
United States District Judge